

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-17-00313-CV

## IN RE LAURAH E. HAWKINS

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

The petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(d). The stay

ordered by this Court on October 5, 2017 is lifted.


TOM GRAY
Chief Justice



Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
    (Justice Davis concurs with a note)*
Petition Denied
Opinion delivered and filed 1-3-18
[OT06]

    * "(I concur on the basis of Rule 215.2, Texas Rules of Civil Procedure. TEX. R. CIV. P. 215.2.)"